UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>DEPARTMENT OF THE TREASURY,<br><br>    Defendant. | Civil Action No. 23-3586 (SLS) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice.

Dated: July 15, 2025

Respectfully Submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ John J. Bardo*
JOHN J. BARDO, D.C. Bar # 1655534
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 870-6770
John.Bardo@usdoj.gov

*Attorneys for the United States of America*

/s/ *Kyle Brosnan*
KYLE BROSNAN
(No. 90021475)
The Heritage Foundation
Telephone: (202) 608-6060
Email: Kyle.Brosnan@heritage.org

SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194

- 2 -

        Email: samueledewey@sedchambers.com

        ERIC NEAL CORNETT
        (No. 1660201)
        Law Office of Eric Neal Cornett
        Telephone: (606) 275-0978
        Email: neal@cornettlegal.com

        MAX TAYLOR MATHEU
        (No. 90019809)
        Telephone: (727) 249-5254
        Email: maxmatheu@outlook.com

        *Counsel for Plaintiffs*